UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALEX MEDINA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-271 |
| | § | |
| L-3 COMMUNICATIONS VERTEX AEROSPACE, LLC, | § § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The parties have announced to the Court that all matters in dispute and controversy between them have been fully and finally compromised and settled. The parties further announced their desire to discontinue any further prosecution of this litigation and their intention to jointly request dismissal of this action. Therefore,

The parties are ORDERED to file with this Court, on or before **June 16, 2014**, appropriate dismissal documents disposing of this action. Should the parties fail to timely file such documents with this Court, the parties are ORDERED to appear before this Court on **June 18, 2014, at 9:00 a.m.** to explain why they have failed to comply with this Order. It is further

ORDERED that all current settings are canceled and all pending motions are denied without prejudice as mooted by the settlement announced in this cause.

ORDERED this 14th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE